AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

Jason Owens

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05-mj-00029-LTS

I, *Jason Owens*, charged in a ☒ complaint ☐ petition pending in this District *of Massachusetts* in violation of *18*, U.S.C., *1951(a) & 2*, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a *preliminary* ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

6/27/05
Date

_____
Defendant

_____
Counsel for Defendant