UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 05-MJ-00029-LTS |
| | ) | |
| JASON OWENS | ) | |

DEFENDANT'S MOTION FOR TRANSCRIPT
TO BE PAID UNDER THE CRIMINAL JUSTICE ACT

Defendant, Jason Owens, requests that the Court authorize payment by the United States under the Criminal Justice Act for a transcript of the detention hearing held on June 27, 2005. In support of this motion, Mr. Owens states that the requested transcript is necessary for Mr. Owens to prepare his defense. Mr. Owens has previously been declared indigent and is without sufficient funds to pay for the requested transcript.

JASON OWENS
By his attorney,

/ S / Peter B. Krupp

Dated: June 28, 2005

Peter B. Krupp
  B.B.O. #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel: 617-367-1970